THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Chad Everette Williams, Appellant.
 
 
 
 
 

Appeal From Aiken County
 R. Ferrell Cothran, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-505
 Submitted November 1, 2010  Filed
November 12, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz,
 III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; and Solicitor J. Strom Thurmond,
 Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM:  Chad
 Everette Williams appeals his convictions for first-degree burglary and murder,
 arguing the trial court erred in failing to instruct the jury on accessory
 after the fact.  Additionally, Williams filed a pro se brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J.,
 SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.